UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Thadius B. Nye<br>　　　　Plaintiff,<br><br>v.<br><br>Newport Police Department<br><br>and<br><br>Aaron Aldridge<br>　　　　Defendants. | Case No.:　　13-CV-420-LM |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

　　　Plaintiff Thadius B. Nye, Defendant Newport Police Department, and Defendant Aaron Aldridge, hereby stipulate that this case is dismissed with prejudice.  No costs, no attorney's fees, and no further action for the same cause.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**THADIUS B. NYE**

　　　　　　　　　　　　　　　　　　　By His Attorneys,
　　　　　　　　　　　　　　　　　　　BRENNAN LENEHAN IACOPINO & HICKEY

Dated:  March 10, 2016　　　　　　By: /s/Jaye L. Rancourt
　　　　　　　　　　　　　　　　　　　Jaye L. Rancourt, Esq. #14235
　　　　　　　　　　　　　　　　　　　Michael J. Iacopino, Esq. #1233
　　　　　　　　　　　　　　　　　　　85 Brook Street
　　　　　　　　　　　　　　　　　　　Manchester, NH  03104
　　　　　　　　　　　　　　　　　　　Tel. (603) 668-8300

**NEWPORT POLICE DEPARTMENT**

By Its Attorneys,
MAGGIOTTO, BELOBROW, FEENEY &
FRAAS, PLLC

Dated:  March 10, 2016         By:  /s/Corey Belobrow
                                    Corey Belobrow, Esq. # 534
                                    58 Pleasant Street
                                    Concord, NH  03301
                                    Tel. (603) 225-5152

**AARON ALDRIDGE**

By His Attorneys,
RANSMEIER & SPELLMAN, P.C.

Dated:  March 10, 2016         By:  /s/Garry R. Lane
                                    Garry R. Lane, Esq. #2855
                                    One Capitol Street, P.O. Box 600
                                    Concord, NH  03302-0600
                                    Tel. (603) 228-0477

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Stipulation has been sent to counsel of record via the Court's ECF system.

Dated:  March 10, 2016         By:  /s/ Garry R. Lane

4831-8604-7534, v.  1