**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court                                      Telephone: 603-225-1423
Tracy Uhrin, Chief Deputy Clerk                                      Web: www.nhd.uscourts.gov

March 19, 2021

Thadius B. Nye
8 Major Drive
Gilmanton, NH    03237-4916

Dear Mr. Nye:

The table below summarizes the balances owed to this court for civil filing fees.

| | | |
|---|---|---|
| DNHX113CV000243 | Nye v. New Hampshire State Prison, et. al | $ 60.69 |
| DNHX113CV000406 | Nye v. New Hampshire State Prison, Warden, et. al. | $350.00 |
| DNHX113CV000420 | Nye v. Newport Police Department, et. al. | $350.00 |

You are responsible for payment pursuant to the Prison Litigation Reform Act, 28 U.S.C. §1915. The balance may be made by cashier's check, money order, or credit card. Your prompt attention to this matter is appreciated.

Sincerely,

Daniel J. Lynch
Clerk of Court

By: *Dale Trombley*
Dale L. Trombley
Financial Administrator